

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**SUVARNA SAMPALE**
*Senior Counsel*
phone: (212) 356-2332
fax: (212) 356-3509
ssampale@law.nyc.gov

August 18, 2015

**VIA ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Tracey Williams v. City of New York *et al*.,
15 CV 00878 (JG)(RML)

Your Honor:

      I am Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for the Defendants City of New York and Police Officer Joseph Genchi in the above-referenced matter. The parties write to advise the Court that the above-referenced action has been settled. Accordingly, the parties respectfully request that the settlement conference currently scheduled in this matter for Wednesday, August 19, 2015 at 3:00 p.m. be adjourned *sine die*. Furthermore, the Stipulation of Settlement and Order of Dismissal will be submitted to the Court as soon as it is executed.

      The parties thank the Court for its time and consideration of this request.

Respectfully submitted,

/S
Suvarna Sampale
*Senior Counsel*

cc: Katherine Elizabeth Smith, Esq. (by ECF)
*Attorney for Plaintiff*
The Law Office of Katherine E. Smith
233 Broadway
Ste. 1800
New York, NY 10279